JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ELLEN CHEN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | Case No. SA CV 15-640-SP<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: July 14, 2016

_____
SHERI PYM
United States Magistrate Judge