1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN ELLEN CHEN, | ) Case No.: 8:15-cv-00640-SP |
|        Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
|    vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
|        Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,630.00 as

authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized

by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  August 29, 2016

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE